**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Jacqueline Heather Miller | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11318JKF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/2/2020 and 3/24/2020, this case is hereby DISMISSED.

**Date: April 13, 2020**

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:    Chapter 13 Plan
Certificate of Credit Counseling
Matrix
Schedules A-J
Summary of Statistical Liabilities B106
Waiver of Exigent Circumstances
Statement of Current Monthly Income B122C-1
Means Test Calculation B122C-2
Statement of Financial Affairs

bfmisdoc